No. 77–910. GOVERNMENT OF THE VIRGIN ISLANDS ET AL. *v.* VITCO, INC. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.